1
2
3
4
5
6
7  **UNITED STATES DISTRICT COURT**
8  **DISTRICT OF NEVADA**
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

VICTOR J. SAHAGUN,                )
                                 )
                Petitioner,       )        Case No. 2:14-cv-00535-JAD-PAL
                                 )
vs.                              )        **ORDER**
                                 )
BRIAN E. WILLIAMS, *et al.*,       )
                                 )
                Respondents.      )
_____/

      This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.

      Petitioner has submitted a motion for leave to proceed *in forma pauperis* and a petition for a writ of habeas corpus.  Based on the information regarding petitioner's financial status, the motion to proceed *in forma pauperis* is denied.  Petitioner must pay the $5.00 filing fee for habeas corpus actions.  28 U.S.C. § 1914(a).  Petitioner shall be given an opportunity to pay the fee in this action.

      **IT IS THEREFORE ORDERED** that the motion for leave to proceed *in forma pauperis* (Doc. 1) is **DENIED**.  Petitioner shall have **thirty (30) days** from the date this order is entered in which to have the $5.00 filing fee sent to the Clerk of Court.  Failure to do so may result in the dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of Court **SHALL SEND** petitioner two copies of this order.  Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check in the amount of the $5.00 filing fee.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **RETAIN** the petition but not file it at this time.

Dated: April 10, 2014.

_____
UNITED STATES DISTRICT JUDGE

2