# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VICTOR J. SAHAGUN,

    Petitioner,

vs.

BRIAN E. WILLIAMS, SR., *et al.*,

    Respondents.

Case No. 2:14-cv-00535-JAD-PAL

**ORDER**

This is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Petitioner has paid the filing fee for this action. The Court has reviewed the habeas petition, and it shall be served on respondents. Respondents shall file a response to the petition, as set forth at the conclusion of this order.

**IT IS THEREFORE ORDERED** that the Clerk shall **FILE and ELECTRONICALLY SERVE** the petition (Doc. 1-1) upon the respondents.

**IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days from entry of this order within which to answer, or otherwise respond to, the petition. In their answer or other response, respondents shall address all claims presented in the petition. Respondents shall raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. **Successive motions to dismiss will not be entertained**. If an answer is filed, respondents shall comply with the requirements of Rule 5 of the Rules Governing Proceedings in

1  the United States District Courts under 28 U.S.C. § 2254.  If an answer is filed, petitioner shall have
2  **forty-five (45) days** from the date of service of the answer to file a reply.
3      **IT IS FURTHER ORDERED** that any state court record exhibits filed by respondents
4  shall be filed with a separate index of exhibits identifying the exhibits by number or letter.  The
5  hard copy of all state court record exhibits shall be forwarded, for this case, to the staff attorneys in
6  the **Reno** Division of the Clerk of Court.
7      **IT IS FURTHER ORDERED** that, from this point forward, petitioner shall serve upon the
8  Attorney General of the State of Nevada a copy of every pleading, motion, or other document he
9  submits for consideration by the Court.  Petitioner shall include with the original paper submitted
10 for filing a certificate stating the date that a true and correct copy of the document was mailed to the
11 Attorney General.  The Court may disregard any paper that does not include a certificate of service.
12 After respondents appear in this action, petitioner shall make such service upon the particular
13 Deputy Attorney General assigned to the case.

    Dated: July 25, 2014.

_____
UNITED STATES DISTRICT JUDGE